```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SHOTSPOTTER, INC. et ano,           :
              Plaintiffs,           :      ORDER
        -against-                   :      09 Civ. 7828 (GBD) (MHD)
SAFETY DYNAMICS, INC.,              :
              Defendant.            :
------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby ORDERED that a conference has been scheduled in the above-captioned action on **MONDAY, MARCH 1, 2010, at 2:00 P.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       February 24, 2010

                                       SO ORDERED.

                                       _____
                                       MICHAEL H. DOLINGER
                                       UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today by facsimile to:

Justin Evan Klein, Esq.
Mario Aieta, Esq.
Satterlee Stephens Burke & Burke LLP
Fax: (212) 818-9606

Norman P. Soloway, Esq.
Robert A. Matson, Esq.
Stephen B. Mosier, Esq.
Hayes Soloway, PC
Fax: (520) 882-7643

Leo G. Kailas, Esq.
Reitler Kailas & Rosenblatt LLC
Fax: (212) 371-5500